# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN LEFFINGWELL, | CASE NO. CV F 07-1332 LJO |
| Appellant, | **ORDER TO DISMISS APPEAL AND TO CLOSE ACTION** |
| vs. | (Docs. 1, 5.) |
| FORD MOTOR CREDIT COMPANY, | |
| Appellee. | |

Appellant Ryan Leffingwell seeks to voluntarily dismiss this appeal of a bankruptcy court order. In the absence of briefing to date and apparent prejudice, this Court DISMISSES this appeal and DIRECTS the clerk to close this action.

IT IS SO ORDERED.

**Dated:   October 22, 2007**         /s/ Lawrence J. O'Neill
                                                 UNITED STATES DISTRICT JUDGE

1